No. 4,527.—BERTHA JOHNSON, Respondent, *v.* GEORGE L. BURTON, Appellant.

*Appeal from District Court of Yellowstone County.*

Decided December 17, 1919.

PER CURIAM.—The motion of respondent to dismiss the appeal herein is granted and the appeal accordingly dismissed.

*Mr. R. O. Lunke,* for Respondent.

---

No. 4,533.—STATE ex rel. G. W. CASTEEL, Plaintiff, *v.* THE STATE BOARD OF EXAMINERS et al., Defendants.

Original application for injunction.

Decided December 18, 1919.

PER CURIAM.—The court, after consideration, is of the opinion that the Act of the legislative assembly, Chapter 105, Laws of 1919, the validity of which the plaintiff assails on constitutional grounds, is not open to the several objections made to it. It is therefore ordered and adjudged that the demurrer to the complaint herein interposed by the defendants be, and it is hereby, sustained and the action dismissed.

*Messrs. Gunn, Rasch & Hall* and *Mr. Chas. E. Pew,* for Plaintiff.

*Mr. S. C. Ford,* Attorney General, for Defendants.